**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Allstate Vehicle and Property Insurance Company,

Plaintiff,

v.

Broan-Nutone LLC, et al.,

Defendants.

No. CV-26-00260-TUC-RM (GS)

**ORDER**

On October 29, 2026, Magistrate Judge Greg Sakall issued a Report and Recommendation (Doc. 27), recommending that this Court grant Defendant A.O. Smith Corporation's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 5) and grant Michael and Alyssa Baldwin's Motion to Intervene (Doc. 17). No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."); *Prior v. Ryan*, CV 10-225-TUC-

RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for clear error unobjected-to portions of Report and Recommendation).

The Court has reviewed Magistrate Judge Sakall's Report and Recommendation, the parties' briefs, and the record. The Court finds no clear error in Magistrate Judge Sakall's Report and Recommendation. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 27) is **accepted and adopted in full**. This matter remains referred to Magistrate Judge Sakall for pretrial proceedings and report and recommendation.

**IT IS FURTHER ORDERED** that Defendant A.O. Smith Corporation's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 5) is **granted**. Defendant A.O. Smith Corporation is **dismissed without prejudice** for lack of personal jurisdiction.

**IT IS FURTHER ORDERED** that Michael and Alyssa Baldwin's Motion to Intervene (Doc. 17) is **granted**. Michael Baldwin and Alyssa Baldwin are granted leave to intervene in this matter.

Dated this 25th day of November, 2026.

Honorable Rosemary Márquez
United States District Judge